| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------X<br>MIROGLIO S.p.A. and TRANSFERTEX G.m.b.H. & Co.,<br><br>           Plaintiffs,<br><br>   -against-<br><br>TRANSPRINT USA, INC.,<br><br>           Defendant.<br>------------------------------------X | ECF CASE<br><br>Case No. 07 CV 6306(LAK)<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Rule 1.9 of the Local Civil Rules of the United States District Court for the Southern Districts of New York, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs Miroglio S.p.A. and Transfertex G.m.b.H. & Co., certifies that there are no publicly-held corporate parents, subsidiaries, or affiliates of plaintiffs Miroglio S.p.A. and Transfertex G.m.b.H. & Co.,

Dated: New York, New York
    July 10, 2007

                THELEN REID BROWN
                RAYSMAN & STEINER LLP

                By: *s/Frederick L. Whitmer*
                   Frederick L. Whitmer

                875 Third Avenue
                New York, NY  10022-6225
                Tel. 212.603.2000
                Fax 212.603.2001
                *Attorneys for Plaintiffs*