UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MIROGLIO S.p.A. and TRANSFERTEX
G.m.b.H. & Co.

                             Plaintiffs,                        Index No. 07 CV 6306 (LAK)

    -against-                                          **NOTICE OF APPEARANCE**

TRANSPRINT USA, INC.,

                             Defendant
------------------------------------------------------------X

PLEASE TAKE NOTICE, that Kelly D. Talcott of Kirkpatrick & Lockhart Preston Gates LLP, hereby enters his appearance in this action as attorney for Defendant TRANSPRINT USA, INC., and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: New York, New York
       August 1, 2007

                                                    Kelly D. Talcott (KT 1776)

                                                KIRKPATRICK & LOCKHART
                                                PRESTON GATES ELLIS LLP
                                                599 Lexington Avenue
                                                New York, New York 10022
                                                (212) 536-3900
                                                (212) 536-3901 (fax)

                                                *Attorneys for Defendant*
                                                Transprint USA, Inc.,

NY-541932 v1