UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MIROGLIO S.p.A. and TRANSFERTEX
G.m.b.H. & Co.

                            Plaintiffs,

-against-

TRANSPRINT USA, INC.,

                            Defendant.
------------------------------------------------------------x

Index No. 07 CV 6306 (LAK)

**STIPULATION AND ORDER**

RECEIVED AUG 03 2007 JUDGE KAPLAN'S CHAMBERS

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned hereto, that the time for defendant Transprint USA, Inc. to move, answer, or otherwise respond to Plaintiffs' Complaint is extended to and including August 30, 2007.

THELEN REID BROWN
RAYSMAN & STEINER LLP

By: _____
Frederick L. Whitmer

875 Third Avenue
New York, New York 10022
212.603.2000 voice
212.603.2001 facsimile

Attorneys for Plaintiffs Miroglio
S.p.A. and Transfertex G.m.b.H. & Co.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By: _____
Kelly D. Talcott (KT 1776)

599 Lexington Avenue
New York, New York 10022
212-536-3900 voice
212-536-3901 facsimile

Attorneys for Defendant
Transprint USA, Inc.

Dated: New York, New York
         August 1, 2007

SO ORDERED
_____
Lewis A. Kaplan
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07