**EPS Judicial Process Service, Inc.**
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X **ECF CASE**
MIROGLIO S.p.A., and TRANSFERTEX G.m.b.H &
CO.,                                                            Index No. 07 CV 6306(LAK)

                              Plaintiffs,

        -against-                                          <u>AFFIDAVIT OF SERVICE</u>

TRANSPRINT USA, INC.,

                              Defendant.
---------------------------------------------------------------------------X
STATE OF NEW YORK    )
                    :s.s.:
COUNTY OF QUEENS     )

        JEFFERSON TIRADO, being duly sworn deposes and says:

        I am not a party to this action, am over the age of eighteen years of age, and reside in the State of New York.

        On the 10th day of July, 2007 at approximately 3:45 p.m. at 111 Eighth Avenue, New York, New York, I personally served true copies of the SUMMONS and COMPLAINT (with Jury Demand) herein, Judge Lewis A. Kaplan's Rules of Procedure, Magistrate Judge Michael H. Dolinger's Rules of Procedure and three print-outs relating to Electronic Case Filing as required by local SDNY procedure, all upon defendant TRANSPRINT USA, INC. by delivering said documents to CT Corporation System, registered agent for service of process upon said defendant as indicated in the records of the New York State Department of State, Division of Corporations.  I left the above-mentioned documents in the custody of Paula Kash, Senior Process Specialist for CT Corporation System who indicated that she was authorized to receive the papers on behalf of Transprint USA, Inc.

Ms. Kash is a Caucasian female, approximately 45-50 years of age, 5'4" tall, 135 lbs, with light hair and dark eyes.

Sworn to before me this,
18th day of July, 2007

_____
NOTARY PUBLIC

EDWIN PATRICK SANTAMARIA
Notary Public, State of New York
No. 01SA6062013
Qualified in ~~New York~~ County
Commission Expires July 30, 20 09

_____
JEFFERSON TIRADO
Organization License No.1155020