*KAPLAN)J*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

MIROGLIO S.p.A. and TRANSFERTEX
G.m.b.H. & Co.

                     Plaintiffs,

    -against-

TRANSPRINT USA, INC.,

                     Defendants.

------------------------------------------------------X

Index No. 07 cv 6306 (LAK)

Consent Scheduling Order

      Upon consent of the parties, it is hereby

      ORDERED as follows:

1. No additional parties may be joined after November 16, 2007.

2. No amendments to the pleadings will be permitted after December 21, 2007.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a)    expert witnesses on or before January 11, 2008.

    (b)    rebuttal expert witnesses on or before February 1, 2008.

4. All discovery, including any depositions of experts, shall be completed on or before February 29, 2008.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before March 17, 2008.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

NY-557489 v1

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated:

*/s/ Lewis A. Kaplan*
Lewis A. Kaplan
United States District Judge

10/1/07

CONSENTED TO: [signatures of all counsel]

THELEN REID BROWN
RAYSMAN & STEINER LLP

By: *Frederick L. Whitmer*
Frederick L. Whitmer, Esq. (FW 8999)

875 Third Avenue
New York, New York 10022
212.603.2000 voice
212.603.2001 facsimile

*Attorneys for Plaintiffs Miroglio
S.p.A. and Transfertex G m.b.H & Co.*

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By: *Kelly D. Talcott*
Kelly D. Talcott, Esq. (KT 1776)

599 Lexington Avenue
New York, New York 10022
212.536.3900 voice
212.536.3901 facsimile

*Attorneys for Defendant
Transprint USA, Inc.*