ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MIROGLIO S.p.A., and TRANSFERTEX       :   Index No. 07 CV 6306 (LAK)
G.m.b.H & Co.,                         :
                                       :
                    Plaintiffs,        :   STIPULATION
                                       :
        -against-                      :
                                       :
TRANSPRINT USA, INC.,                  :
                                       :
                    Defendant.         :
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that Plaintiff's Miroglio S.p.A and Transfertex G.m.b.H. & Co.'s time to answer, move or otherwise plead in response to Defendant Transprint USA, Inc.'s Counterclaims has been extended to and until November 12, 2007.

This Stipulation may be signed in counterparts.

Dated: November 9, 2007

KIRKPATRICK & LOCKHART              THELEN REID BROWN
PRESTON GATES ELLIS LLP             RAYSMAN & STEINER LLP


By: _____       By: _____
    John D. Vaughan (JDV 4961)          Frederick L. Whitmer
    599 Lexington Avenue                875 Third Avenue
    New York, New York 10022            New York, New York 10022
    (212) 536-3900                      (212) 603-2000

*Attorneys for Defendant*            *Attorneys for Plaintiff's*
*Transprint USA, Inc.*               *Miroglio S.p.A. and*
                                     *Transfertex G.m.b.H. & Co.*


SO ORDERED
_____
U.S.D.J.
11/15/07

NY #1212180 v1