UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08
```

MIROGLIO S.p.A. and TRANSFERTEX
G.m.b.H. & Co.

                 Plaintiffs,

-against-

TRANSPRINT USA, INC.,

                 Defendants.

------------------------------------------------------------------X

Index No. 07 cv 6306 (LAK)

<u>[Proposed] Amended Consent Scheduling Order</u>

       Upon consent of the parties, it is hereby

       ORDERED as follows:

1. No additional parties may be joined after November 16, 2007.

2. No amendments to the pleadings will be permitted after December 21, 2007.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

     (a)     expert witnesses on or before January 11, 2008.

     (b)     rebuttal expert witnesses on or before February 1, 2008.

4. All discovery, including any depositions of experts, shall be completed on or before April 28, 2008.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before May 16, 2008.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

NY-557489 v1

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: 1/28/08

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge

CONSENTED TO: [signatures of all counsel]

| | |
|---|---|
| THELEN REID BROWN RAYSMAN & STEINER LLP | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP |
| By:_____<br>Frederick L. Whitmer, Esq. (FW    ) | By:_____<br>Kelly D. Talcott, Esq. (KT 1776) |
| 875 Third Avenue<br>New York, New York 10022<br>212.603.2000 voice<br>212.603.2001 facsimile | 599 Lexington Avenue<br>New York, New York 10022<br>212.536.3900 voice<br>212.536.3901 facsimile |
| *Attorneys for Plaintiffs Miroglio S.p.A. and Transfertex G.m.b.H. & Co.* | *Attorneys for Defendant Transprint USA, Inc.* |