KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
MIROGLIO S.p.A. and TRANSFERTEX        :
G.m.b.H. & Co.                          :   Index No. 07 cv 6306 (LAK)
           Plaintiffs,        :
  -against-                            :   **STIPULATION OF DISMISSAL**
:
TRANSPRINT USA, INC.,                   :
           Defendant.         :
:
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the above-entitled action, and all claims and counterclaims therein, be and the same hereby are dismissed with prejudice, with each party to bear its own costs, attorneys' fees and other expenses. This stipulation may be filed with the court without further notice.

| THELEN REID BROWN | K&L GATES LLP |
| RAYSMAN & STEINER LLP | |
| By: _____ (signature) | By: _____ (signature) |
| Frederick L. Whitmer, Esq. (FW) | Kelly D. Talcott, Esq. (KT 1776) |
| 875 Third Avenue | 599 Lexington Avenue |
| New York, New York 10022 | New York, New York 10022 |
| 212.603.2000 voice | 212.536.3900 voice |
| 212.603.2001 facsimile | 212.536.3901 facsimile |
| *Attorneys for Plaintiffs Miroglio* | *Attorneys for Defendant* |
| *S.p.A. and Transfertex G.m b H. & Co.* | *Transprint USA, Inc.* |

NY-621872 v1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

JUL 30 2008
JUDGE KAPLAN'S CHAMBERS

7/30/08